IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JONATHAN POLITRON, et al.    )
                             )
v.                           ) NO. 3-11-0028
                             ) JUDGE CAMPBELL
WORLDWIDE DOMESTIC           )
SERVICES, LLC, et al.        )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No.30), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiffs' claims against the remaining Defendants, Worldwide Domestic Services, Inc. and Elite Commercial Cleaning, LLC, are DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 4(m), for failure to effect service of process.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE